SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Coors Brewing Company, a
Colorado corporation,          Plaintiff,

- against -

Oak Beverage, Inc., a New York
corporation; and              Defendant.
Boening Bros., Inc., a New York
corporation,

08-CV-4240 (JES)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael J. Harwin a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Michael J. Lockerby
Firm Name:         Foley & Lardner LLP
Address:           3000 K Street, NW, Suite 500
City/State/Zip:    Washington, D.C. 20007-51433
Phone Number:      (202) 945-6079
Fax Number:        (202) 672-5399

Michael J. Lockerby is a member in good standing of the Bar of the States of Virginia; District of Columbia

There are no pending disciplinary proceeding against Michael J. Lockerby in any State or Federal court.

Dated:       May 6, 2008
City, State: Washington, D.C.

Respectfully submitted,

Sponsor's          Michael J. Harwin
SDNY Bar           MH2827
Firm Name:         Foley & Lardner LLP
Address:           3000 K Street, NW
City/State/Zip:    Washington, DC 20007-5143
Phone Number:      (202) 672-5327
Fax Number:        (202) 672-5399

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COORS BREWING COMPANY,
a Colorado corporation,

                        Plaintiff,

– against –

OAK BEVERAGE, INC.,
a New York corporation, and

BOENING BROS., INC.,
a New York corporation,

                        Defendants.

Civil Action No. 08-CV-4240 (JES)

AFFIDAVIT OF
MICHAEL J. HARWIN
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE*

State of New York    )
                          ) ss:
County of New York  )

        Michael J. Harwin, being duly sworn, hereby deposes and says as follows:

        1.     I am senior counsel at Foley & Lardner LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael J. Lockerby as counsel *pro hac vice* to represent Plaintiff in this matter.

        2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law in December, 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

        3.     I have known Mr. Lockerby since June 2006.

        4.     Mr. Lockerby is a partner at Foley & Lardner LLC in Washington, D.C.

        5.     I have found Mr. Lockerby to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

        6.     Accordingly, I am pleased to move the admission of Mr. Lockerby, *pro hac vice*.

        7.     I respectfully submit a proposed order granting the admission of Mr. Lockerby, *pro hac vice*, which is attached hereto as **Exhibit A**.

        WHEREFORE it is respectfully requested that the motion to admit Michael J. Lockerby, *pro hac vice*, to represent Plaintiff in the above-captioned be granted.

Dated: May 6, 2008
            Washington, D.C.

Notarized: *[signature]*

Victoria D. Taylor
Notary Public District of Columbia
My Commission Expires May 14, 2011

Respectfully submitted, *[signature]*

Michael J. Harwin, SDNY Bar No. MH2827

WASH_3680858.1

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Coors Brewing Company, a Colorado corporation,

Plaintiff,

08　cv　4240　(JES )

- against -

Oak Beverage, Inc., a New York corporation; and
Boening Bros., Inc., a New York

Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Michael J. Harwin   attorney for  Coors Brewing Company

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Michael J. Lockerby

Firm Name:   Foley & Lardner LLP

Address:   3000 K Street, NW, Suite 500

City/State/Zip:   Washington, D.C.  20007-51433

Telephone/Fax:   (202) 945-6079; (202) 672-5399

Email Address:   MLockerby@Foley.com

is admitted to practice pro hac vice as counsel for   Coors Brewing Company   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   _____
City, State:   _____

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2008, a true and correct copy of the MOTION TO ADMIT COUNSEL *PRO HAC VICE* was served upon the following counsel of record for Defendants Oak Beverage, Inc. and Boening Brothers, Inc. by first class, postage prepaid, United States mail:

> Marshall A. Winslow, Jr., Esq.
> WOLCOTT RIVERS GATES
> 1 Columbus Center, Suite 1100
> Virginia Beach, Virginia 23462
> MWinslow@wolriv.com
>
> Gary Ettelman, Esq.
> ETTELMAN & HOCHHEISER, P.C.
> 100 Quentin Roosevelt Boulevard, Suite 401
> Garden City, New York 11530

_____
Michael J. Harwin
SDNY Bar No. MH2827
Attorney for Coors Brewing Company
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street N.W., Suite 500
Washington, D.C. 20007-5143
Phone: (202) 672-5300
Fax: (202) 672-5399
E-Mail: mlockerby@foley.com



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MICHAEL J. LOCKERBY

was on the 9Th day of FEBRUARY, 2007 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 17, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

This is to certify that **MICHAEL JOE LOCKERBY** is an active member of the Virginia State Bar in good standing. **MR. LOCKERBY** was licensed to practice law in Virginia on **OCTOBER 2, 1984**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

*Issued April 8, 2008*

Karen A. Gould
Executive Director and
Chief Operating Officer