SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Coors Brewing Company, a
Colorado corporation,          Plaintiff,

- against -

Oak Beverage, Inc., a New York
corporation; and              Defendant.
Boening Bros., Inc., a New York
corporation,

08-CV-4240 (JES)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael J. Harwin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Jon P. Christiansen
Firm Name: Foley & Lardner LLP
Address: 777 East Wisconsin Avenue
City/State/Zip: Milwaukee, Wisconsin 53202-5306
Phone Number: (414) 297-5557
Fax Number: (414) 297-4900

Jon P. Christiansen is a member in good standing of the Bar of the States of Wisconsin

There are no pending disciplinary proceeding against Jon P. Christiansen in any State or Federal court.

Dated: May 6, 2008
City, State: Washington, D.C.

Respectfully submitted,

Sponsor's: Michael J. Harwin
SDNY Bar  MH2827
Firm Name: Foley & Lardner LLP
Address: 3000 K Street, NW
City/State/Zip: Washington, DC 20007-5143
Phone Number: (202) 672-5327
Fax Number: (202) 672-5399

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COORS BREWING COMPANY,
a Colorado corporation,

                Plaintiff,

– against –

OAK BEVERAGE, INC.,
a New York corporation, and

BOENING BROS., INC.,
a New York corporation,

                Defendants.

Civil Action No. 08-CV-4240 (JES)

AFFIDAVIT OF
MICHAEL J. HARWIN
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE*

---

State of New York    )
                            ) ss:
County of New York  )

Michael J. Harwin, being duly sworn, hereby deposes and says as follows:

1. I am senior counsel at Foley & Lardner LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jon P. Christiansen as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in December, 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Christiansen since January 2008.

4. Mr. Christiansen is a partner at Foley & Lardner LLC in Milwaukee, Wisconsin.

5. I have found Mr. Christiansen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Christiansen, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Mr. Christiansen, *pro hac vice*, which is attached hereto as **Exhibit A**.

WHEREFORE it is respectfully requested that the motion to admit Jon P. Christiansen, *pro hac vice*, to represent Plaintiff in the above-captioned be granted.

Dated: May 6, 2008
        Washington, D.C.

Notarized:

Respectfully submitted

_____
Michael J. Harwin, SDNY Bar No. MH2827

*[signature]*

Carla B. Belinky
Notary Public, District of Columbia
My Commission Expires 8/31/2011

WASH_3835088.1

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Coors Brewing Company, a Colorado corporation,

Plaintiff,

- against -

Oak Beverage, Inc., a New York corporation; and
Boening Bros., Inc., a New York

Defendant.

08 cv 4240 (JES)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Michael J. Harwin attorney for Coors Brewing Company

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Jon P. Christiansen

Firm Name: Foley & Lardner LLP

Address: 777 East Wisconsin Avenue

City/State/Zip: Milwaukee, Wisconsin 53202-5306

Telephone/Fax: (202) 945-6079; (202) 672-5399

Email Address: JChristiansen@Foley.com

is admitted to practice pro hac vice as counsel for Coors Brewing Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
City, State: _____

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2008 a true and correct copy of the MOTION TO ADMIT COUNSEL *PRO HAC VICE* was served upon the following counsel of record for Defendants Oak Beverage, Inc. and Boening Brothers, Inc. by first class, postage prepaid, United States mail:

>Marshall A. Winslow, Jr., Esq.
>WOLCOTT RIVERS GATES
>1 Columbus Center, Suite 1100
>Virginia Beach, Virginia 23462
>MWinslow@wolriv.com
>
>Gary Ettelman, Esq.
>ETTELMAN & HOCHHEISER, P.C.
>100 Quentin Roosevelt Boulevard, Suite 401
>Garden City, New York 11530

_____
Michael J. Harwin
SDNY Bar No. MH2827
Attorney for Coors Brewing Company
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street N.W., Suite 500
Washington, D.C. 20007-5143
Phone: (202) 672-5300
Fax: (202) 672-5399
E-Mail: mlockerby@foley.com

AO136
(Rev. 9/98)

# United States District Court

Eastern District of Wisconsin

# Certificate of Good Standing

I, JON W. SANFILIPPO, Clerk of the United States District Court, Eastern District of Wisconsin,

DO HEREBY CERTIFY that **Jon P. Christiansen**, Bar # 1016089, was duly admitted to practice in this Court on September 8, 1976, and is in good standing as a member of the Bar of this Court.

Dated at    Milwaukee, Wisconsin
on          April 8, 2008

JON W. SANFILIPPO
Clerk

By _[signature]_
Deputy Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

David R. Schanker
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

*I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

JON P. CHRISTIANSEN

*was admitted to practice as an attorney within this state on September 2, 1976 and is presently in good standing in this court.*

Dated: April 9, 2008

DAVID R. SCHANKER
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing