(Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/08

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Coors Brewing Company, a Colorado corporation,                    Plaintiff,

08   cv  4240      (JES )

- against -

Oak Beverage, Inc., a New York corporation; and
Boening Bros., Inc., a New York                    Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Michael J. Harwin      attorney for  Coors Brewing Company

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael J. Lockerby |
| Firm Name: | Foley & Lardner LLP |
| Address: | 3000 K Street, NW, Suite 500 |
| City/State/Zip: | Washington, D.C.  20007-51433 |
| Telephone/Fax: | (202) 945-6079; (202) 672-5399 |
| Email Address: | MLockerby@Foley.com |

is admitted to practice pro hac vice as counsel for   Coors Brewing Company        in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:    7-1-08
City, State:    La y H.Y

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006