(v. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

Coors Brewing Company, a Colorado corporation,

    Plaintiff,

- against -

Oak Beverage, Inc., a New York corporation; and
Bocning Bros., Inc., a New York

    Defendant.

08 cv 4240 (JES)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Michael J. Harwin attorney for Coors Brewing Company

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jon P. Christiansen |
| Firm Name: | Foley & Lardner LLP |
| Address: | 777 East Wisconsin Avenue |
| City/State/Zip: | Milwaukee, Wisconsin 53202-5306 |
| Telephone/Fax: | (202) 945-6079; (202) 672-5399 |
| Email Address: | JChristiansen@Foley.com |

is admitted to practice pro hac vice as counsel for Coors Brewing Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7-1-08
City, State: N.Y., N.Y.

                                                      _____
                                                      United States District Magistrate Judge