UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COORS BREWING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>OAK BEVERAGE, INC. and<br>BOENING BROS., INC.<br><br>Defendants. | Case No. 08-CV-4240 |

## STIPULATION AND ORDER FOR DISMISSAL

The parties, by their attorneys, hereby stipulate to the dismissal of this action, with prejudice but without costs to either party.

Dated this 29 day of July, 2008

_____
Jon P. Christiansen
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: 414.297.5557
Facsimile: 414.297.4900
E-mail: jchristiansen@foley.com
*Attorney for Plaintiff Coors Brewing Co.*

Dated this 31 day of July, 2008

_____
Gary Ettelman
ETTELMAN & HOCHHEISER, P.C.
100 Quentin Roosevelt Blvd., Ste. 401
Garden City, NY 11530
Telephone: 516.227.6300
Facsimile: 516.227.6307
gettleman@e-law.com
*Attorney for Defendants Oak Beverage, Inc.*
*and Boening Bros., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COORS BREWING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-CV-4240 |
| | ) | |
| OAK BEVERAGE, INC. and | ) | |
| BOENING BROS., INC. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

IT IS HEREBY ORDERED, pursuant to the foregoing Stipulation, that the above action is dismissed with prejudice but without costs to either party.

Dated this ___ day of _____, 2008

_____
John E. Sprizzo
United States District Judge

MILW_7454473.1